**SHAKED LAW GROUP, P.C.**
44 Court Street, Suite 1217
Brooklyn, New York 11201
Tel: (917) 373-9128
Fax: (718) 504-7555
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ MAR 13 2018 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MARY CONNER, Individually and as the
representative of a class of similarly situated persons,

Case No. 1:18-00104-WFK-CLP

Plaintiff,

- against -

POP BAR, LLC,

Defendant.
-----------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL

Mary Conner, by her attorneys, Shaked Law Group, P.C., and pursuant to FRCP 41(a)(1)(A) hereby provides notice of voluntary dismissal, with prejudice, of the above-referenced matter against Pop Bar, LLC. No Answer has been filed in this case.

Dated: Brooklyn, New York
       March 9, 2018

SHAKED LAW GOUP, P.C.
Attorneys for Plaintiff

By: */s/Dan Shaked*
    Dan Shaked (DS-3331)
    44 Court St., Suite 1217
    Brooklyn, NY 11201
    Tel. (917) 373-9128
    Fax (718) 704-7555
    e-mail: ShakedLawGroup@Gmail.com

The application is ✓ granted.
SO ORDERED. ~~denied~~
s/WFK
William F. Kuntz, II, U.S.D.J.
Dated: March 9, 2018
Brooklyn, New York